73452. KESLER et al. v. VEAL et al.
(367 SE2d 132)

BIRDSONG, Chief Judge.

 The Supreme Court affirmed what we said in *Kesler v. Veal*, 182 Ga. App. 444 (356 SE2d 254) with regard to allowance of damages, including punitive damages for the fraud in a fraudulent conveyance action; but *under the facts and circumstances of this case* reversed the damages award against the transferee. Accordingly, the trial court is instructed to strike the award of damages against the transferee in this case, H. V. Kesler. See *Kesler v. Veal*, 257 Ga. 677 (362 SE2d 214).

 *Judgment affirmed in part and reversed in part. Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED FEBRUARY 26, 1988.

 *Edward E. Strain III, Andrew J. Hill, Jr.*, for appellants.
 *A. Jack Kemp II*, for appellees.